IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIM L. DUKE, | ) | |
| ID # 52677, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:20-CV-665-K |
| | ) | |
| JOHN NELMS, | ) | |
| Defendant. | ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  By separate judgment the plaintiff's claims will be dismissed with prejudice under 28 U.S.C. § 1915(e)(2).   Plaintiff's Motion to Appeal, which the Court construes as Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed on April 17, 2020, are **OVERRULED.**

SO ORDERED.

**Signed April 24th, 2020.**

*Ed Kinkeade*
_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**